# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 08-cv-01679-MSK-KMT | FTR |
| Date: December 11, 2008 | Debra Brown, Deputy Clerk |
| DONNA BYBEE | John Philip McDonnell, Jr. |
| Plaintiffs. | |
| v. | |
| Marin Mountain Bikes, Inc. | William Lee Senter |
| Gander Mountain Company | Robert Lowell McCollum |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in Session: 8:59 a.m.**

Court calls the case. Appearances of Counsel.

Court's Opening remarks.

Discussion regarding the Plaintiff's Motion to Amend/Correct/Modify Complaint and Jury Demand (#10, filed 10/23/08).

**ORDERED:** Plaintiff's Motion to Amend/Correct/Modify Complaint and Jury [Document #10, dated October 23, 2008] is **GRANTED.** The Clerk of the Court is directed to accept for filing this date the Amended Complaint [Document #11, filed October 23, 2008].

**ORDERED:** Plaintiff's Oral Motion for leave to file a Second Amended Complaint is **GRANTED**. Plaintiff shall file a Second Amended Complaint before close of business December 12, 2008.

**ORDERED:** The parties Joint Stipulated Status Report is due on or before **March 15, 2009** and shall contain the current status of service on the foreign defendants.

The Scheduling Conference is **CONTINUED** to **June 15, 2009 at 9:00 a.m.**
**In Courtroom C-205, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado**

**Court in Recess: 9:10 a.m.** Total In-Court Time 0:11, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.