IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01679-MSK-KMT

DONNA BYBEE,

    Plaintiff,

v.

CHING TONG SHAN ENT, a foreign corporation,

    Defendant.

---

**ORDER DISMISSING CLAIMS AGAINST CERTAIN DEFENDANTS
WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Motion to Dismiss With Prejudice All Claims by and between Plaintiff Donna Bybee, Defendant Marin Mountain Bikes, Inc., Defendant Gander Mountain Company, and Defendant Lee Chi Enterprise Co., d/b/a Promax USA (Motion) **(#85)** filed February 8, 2010.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**.  Any and all claims and cross-claims between Plaintiff, Donna Bybee, and Defendants Marin Mountain Bikes, Inc., Gander Mountain Company and Lee Chi Enterprise Co., d/b/a Promax USA are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.  It is

**FURTHER ORDERED** that all future captions shall so reflect.

DATED this 8th day of February, 2010.

                                                **BY THE COURT:**

                                                */s/ Marcia S. Krieger*

                                                Marcia S. Krieger
                                                United States District Judge